**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Hector GARCIA–MUNOZ, Defendant—
Appellant.**

**No. 05–30300.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided April 6, 2006.

Pamela Jackson Byerly, Esq., USSP-Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee. Kathleen Moran,

Esq., Federal Public Defender's Office (Eastern WA & ID), Spokane, WA, for Defendant–Appellant.

Before: O'SCANNLAIN, SILVERMAN, and GOULD, Circuit Judges.

MEMORANDUM **

Hector Garcia–Munoz appeals from his 46–month sentence imposed following his guilty plea conviction to re-entering the United States after deportation, in violation of 8 U.S.C. § 1326.

We have jurisdiction pursuant to 28 U.S.C. § 1291. The facts are known to the parties and will not be repeated here.

The district court did not err by relying on the PSR accompanied by a computer-generated certified statement of conviction and court docket entries as establishing Garcia–Munoz's prior convictions for marijuana possession and D.U.I. absent any claim that the records were inaccurate or not genuine. *See United States v. Romero–Rendon,* 220 F.3d 1159, 1163 (9th Cir. 2000).

The district court did not err by imposing an increased sentence pursuant to 8 U.S.C. § 1326(b)(2) based on the fact of a prior conviction not charged in the indictment, nor admitted by the defendant, nor proved to a jury. *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998); *see United*

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005) (holding that *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) and *Shepard v. United States,* 544 U.S. 13, 125 S.Ct. 1254, 161 L.Ed.2d 205 (2005) did not over-rule *Almendarez–Torres* ).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Daniel M. Friedman, Senior United States Circuit Judge for the Federal Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.